# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Amondou Foster, et al.

                                      Plaintiff,

v.                                                   Case No.: 1:20−cv−05402
                                                     Honorable Sara L. Ellis

Western Petroleum Express, Inc., et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 27, 2022:

        MINUTE entry before the Honorable Sara L. Ellis: The Court grants the parties' motion for approval of FLSA settlement [53]. The Court finds the terms of the settlement are fair, reasonable, and resolve a bona fide dispute between the parties. The Court approves the total Settlement Amount of $182,945, inclusive of attorneys' fees and costs, as specified in Section 8 of the Settlement Agreement. The Court approves Plaintiffs' counsels' negotiated, reduced lodestar fee of $30,000 and Plaintiffs' counsels' additional contractual fee earned by way of a fee agreement entered into with each of the Plaintiffs, which generated an additional fee in the aggregate amount of $45,736.25. The Court dismisses Plaintiffs' claims without prejudice and will convert this dismissal to one with prejudice thirty (30) days after Defendants tenders final payment to Plaintiffs and Plaintiffs' counsel as provided in the Settlement Agreement. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.